# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DMG MORI USA, INC., )
an Illinois corporation, )
 )
    Plaintiff, )
 )
vs. ) Case No. 16-1327
 )
MILLING PRECISION TOOL )
CORPORATION, a Kansas corporation, )
 )
    Defendant. )
 )

## COMPLAINT

Plaintiff DMG Mori USA, Inc., for its Complaint against Defendant Milling Precision Tool Corporation, alleges and states as follows:

### Jurisdiction and Venue

1. DMG Mori USA, Inc. ("DMG Mori") is an Illinois corporation and has its principal place of business in Hoffman Estates, Illinois.

2. Milling Precision Tool Corporation ("MPTC") is a Kansas corporation and has its principal place of business in Wichita, Kansas.

3. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(1).

5. Venue lies in this District pursuant to 28 U.S.C. §1391(b)(1).

### Count I

6. DMG Mori restates paragraphs 1 through 5 as paragraph 6.

7. DMG Mori is a distributor of industrial machining equipment manufactured by DMG Mori Company, Ltd., a Japanese corporation, and related peripheral equipment.

8. On January 14, 2015, DMG Mori offered to sell to MPTC a Model NHX5500 machine, together with specified options and accessories for $525,433.32. A copy of the offer to sell is attached as Exhibit A.

9. On February 4, 2015, MPTC sent to DMG Mori its Purchase Order for the machine. A copy of the Purchase Order is attached as Exhibit B.

10. The machine was delivered to MPTC in early July 2015, and installation was completed on July 14, 2015.

11. The machine was accepted by MPTC on July 14, 2015. The acceptance was signed by MPTC's president, a copy of which is attached as Exhibit C.

12. MPTC put the machine into commercial production by July 20, 2015, and the machine has been in commercial production since that date.

13. MPTC paid DMG Mori 10% of the purchase price at the time it delivered its Purchase Order.

14. MPTC has failed to pay DMG Mori the balance of the purchase price, which became due upon the acceptance of the machine on July 14, 2015.

15. DMG Mori is owed $472,889.99, plus interest from July 14, 2015.

WHEREFORE, Plaintiff DMG Mori USA, Inc. prays that judgment be entered against Defendant Milling Precision Tool Corporation for $472,889.99, plus interest and costs.

## Count II

16. DMG Mori incorporates by reference paragraphs 1 through 15 as paragraph 16.

17. In its Purchase Order, constituting its acceptance of DMG's offer to sell the machine, MPTC added a provision that 50% of the purchase price would become due "upon demonstrated cycle time per attached letter from Mori dated 1-14-15."

18. The additional provision deferring payment of 50% of the purchase price was a material alteration of the terms of the offer and thus did not become part of the contract per the Kansas Uniform Commercial Code, §84-2-207.

19. MPTC's Purchase Order referred to "target cycle as per 'Attachment' A." A copy of Attachment A is attached, included in Exhibit B. Attachment A states that it is only a time estimate and that actual machining time may differ from the time study.

20. Following the installation of the machine, DMG Mori's application engineers visited MPTC's facility, reviewed MPTC's operation of the machine, and made recommendations to MPTC to improve its cycle time. In particular, they recommended that MPTC procure and use better quality tools and fixtures. Tools and fixtures are expendable parts that are the responsibility of the operator of the machine. MPTC refused to follow the recommendations of DMG Mori's application engineers.

21. If MPTC's additional term that 50% of the purchase price be deferred until MPTC's operations met the cycle time set forth in Attachment A, MPTC prevented the operations from meeting such cycle time by refusing to procure and use the tools and fixtures recommended by DMG Mori and thereby breached its duty of good faith and fair dealing as provided by the Kansas Uniform Commercial Code, §84-1-203.

22. Because MPTC has failed and refused to follow DMG Mori's recommendations regarding changes in operations to improve cycle time, MPTC cannot justify refusal to pay the balance of the purchase price based on cycle time.

23. DMG Mori incorporates paragraphs 14 through 15 as paragraph 23.

WHEREFORE, Plaintiff DMG Mori USA, Inc. prays that judgment be entered against Defendant Milling Precision Tool Corporation for $472,889.99, plus interest and costs.

## Count III

24. DMG Mori restates paragraphs 1 through 23 as paragraph 24.

25. Even if the additional provision added by MPTC regarding payment of the final 50% of the purchase price were deemed to have become part of the contract, it has no bearing on MPTC's obligation to pay 40% of the purchase price upon acceptance of the machine.

26. MPTC has refused to pay DMG Mori 40% of the purchase price, notwithstanding its written acceptance of the machine and its subsequent use of the machine in commercial production since July 2015.

27. 40 % of the purchase price of the machine is $210,173.29.

WHEREFORE, Plaintiff DMG Mori USA, Inc. prays that judgment be entered against Defendant Milling Precision Tool Corporation for $472,889.99, plus interest and costs.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates Wichita, Kansas, as the place of trial of this cause of action.

DATED:  August 18, 2016

*s/Jeffery A. Jordan*
Jeffery A. Jordan, KS #12574
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-291-9513
866-450-2992 (fax)
jjordan@foulston.com
*Attorneys for Plaintiff*