# DMG MORI

DMG MORI USA Sales (Wichita)
U.S.A./Wichita DMG MORI USA Sales
3450 N. Rock Road, Bldg. #500, Suite 505,
Wichita, KS 67226
Main: 316 425-7993
Fax :

info@dmgmoriseikiusa.com

Date: 1/14/15

Milling Precision Tool Corporation

Regarding: Quote No. **14-10685-001-001**

Dear Mr. Mike Craig

DMG MORI USA Sales (Wichita), is pleased to submit the attached proposal on one new:

### *DMG/Mori Seiki/NHX5500*

This quotation includes a detailed description and pricing for the base machine and selected options and accessories. Information on other features is available at your request.

**Payment Terms Apply as Follows:**
**10% Down Payment and Net Due upon Acceptance from Milling Precision Tool Corporation**

General Terms and conditions apply as mentioned in attachment.

The prices shown are in accordance with our current price list and are firm for 30 days from date of this quotation.

### Offer is Valid for 30 Days

| | |
|---|---|
| **Shipping:** | P.O.E.   MAJ |
| **Delivery:** | Week of ~~April~~ 27, 2015 – If Ordered by January 22, 2015 |
| **Warranty:** | Machine: 2 Years Parts & 1 Year Labor. |
| | Control: 2 Years Parts & Labor. |
| **Training:** | Operator Training included in Purchase Price. |
| **Rigging:** | Not Included. |

We look forward to reviewing this proposal in detail with you at your convenience.
Thank you for the opportunity to propose DMG MORI USA Sales (Wichita)!
If you have any questions on this proposal, please do not hesitate to call us.
DMG MORI USA Sales (Wichita)

David Lee


EXHIBIT A

**DMG MORI**

DMG MORI
www.dmgmori.com

# Quotation

### NHX5500



Highlights

- Designed specifically for a No.50 taper spindle
- DDM (Direct Drive Motor) on the B-axis (option)
- Rapid traverse rate (X/Y/Z): 60 m/min
- Direct scale feedback as standard
- High-rigidity bed with three-point support
- High-rigidity spindle with a large-diameter bearing
- Ring type magazine (60 tools) offers high-speed indexing
- 50% reduction in total power consumption during standby mode

**DMG MORI**  Quotation  14-10685-001-002
Page 2 of 18

## Investment summary

| Item | Description | Qty | Price | Currency |
|---|---|---|---|---|
| J-A00546 | **Basic Machine** NHX5500_M730BM | 1 | 312,000.00 | USD |
| J-003711 | **Control** Control M730BM | 1 | 0.00 | USD |
| J-002527 | **Option Package** (For USA) Bsic Package <J-002527>, consisting of: | 1 | 6,000.00 | USD |
| J-000855 | Signal tower 3 layers (Red, yellow, green) LED type (front upper side) | 1 | | USD |
| J-008199 | Part program storage length 1 MB (2,560 m) in total + Registerable programs 1,000 in total | 1 | | USD |
| J-009154 | Additional workpiece coordinate systems 48 sets | 1 | | USD |
| J-009148 | Custom macro common variables 600 in total (#100-#199, #500-#999) | 1 | | USD |
| J-009149 | Coordinate system rotation | 1 | | USD |
| J-G02428 | **Spindle** Grip CAT (7/24 Taper #50) | 1 | 730.00 | USD |
| J-G02553 | High-torque spindle 30/ 25 kW, 8,000 min-1 (including 7/24 Taper #50 (two-face contact specifications)) | 1 | 18,000.00 | USD |
| J-002065 | **Table** Full 4th axis rotary table | 1 | 24,000.00 | USD |
| J-002093 | Max. pallet loading capacity 700 kg for 2-st APC | 1 | 2,200.00 | USD |
| J-G02543 | **Magazine** Tool storage capacity 180 tools (7/24 Taper #50, rack type) | 1 | 96,000.00 | USD |
| J-G02437 | **Coolant** Through-spindle coolant system I/F (center through, 7.0 MPa) (KNOLL) | 1 | 6,600.00 | USD |
| J-003988 | **Chip disposal** Scraper type chip conveyor (Stainless steel drum filter) (Water soluble coolant) | 1 | 2,900.00 | USD |
| J-002529 | **Measurement** Sensor package A <J-002529>, consisting of: | 1 | 14,500.00 | USD |
| J-001957 | In-machine measuring system (table) touch sensor (METROL) + tool setter function (tool length only) | 1 | | USD |
| J-001953 | In-machine measuring system (spindle) optical type touch sensor (RENISHAW, OMP60) + workpiece setter function | 1 | | USD |
| J-G02552 | Tool breakage detection system (magazine) | 1 | 9,600.00 | USD |
| J-G02535 | **Improved accuracy** Oil cooler specification (spindle cooling) | 1 | 5,700.00 | USD |
| J-001781 | **Pallet Pool** (For Overseas) NHX5500 5-RPP | 1 | 101,000.00 | USD |
| J-004947 | **Other (Machine Option)** Dry anchor | 1 | 0.00 | USD |

NHX5500 / Price status: 17/01/2015

\* further description see attachment

**DMG MORI**               Quotation                        14-10685-001-002
                                                            Page 3 of 18

| | | | | |
|---|---|---|---:|---|
| J-G00884 | **NC Option**<br>Workpiece position compensation for rotary axis | 1 | 400.00 | USD |
| J-004064<br>J-001871 | **Software Option**<br>DMG MORI Messenger (3 month evaluation)<br>Manufacturing Suite Full Package Six Month License | 1<br>1 | 0.00<br>0.00 | USD<br>USD |
| SK001 | **Special constructions**<br>DMSQP-Chipblater EV-60 Requires Separate Power Drop | 1 | 22,700.00 | USD |
| | **Price machine and options** | | **622,330.00** | **USD** |
| J-001885 | **Training**<br>Complimentary Online Programming/Operation Courses | 1 | 0.00 | USD |
| | **Price services** | | **0.00** | **USD** |
| | **Price machine and options**<br>**Discount machine and options**<br>**Price services** | | 622,330.00<br>-96,896.78<br>0.00 | USD<br>USD<br>USD |
| **Total price** | | | **525,433.22** | **USD** |
| J-002088<br>J-002089<br>J-001361<br>J-008200 | **Alternative options**<br>Additional tapped pallet (1 pallet)<br>Additional T-slot pallet (1 pallet)<br>Mist collector I/F (duct 200mm + electric parts only) (HVS-220)<br>Part program storage length 2 MB (5,120 m) in total + Registerable programs 1,000 in total | 1<br>1<br>1<br>1 | 3,900.00<br>5,300.00<br>2,100.00<br>2,700.00 | USD<br>USD<br>USD<br>USD |

Attachment A

**NHX5500**
*Spindle 30/22KW
High Pressure coolant
*This is only time estimate*
*The actual machining time may differ from this time estimate.*

TK-US-14-10-11712-1 - Milling Precision Tool Corporation - Time Estimate

|  | TOOL | V53323292D RPM | IPM | ESTIMATED TIME |
|---|---|---|---|---|
| PROFILE ROUGH | 25MM END MILL | 477 | 8.59 | 4 hr 37 min |
| POCKET ROUGH | 25MM END MILL | 477 | 8.59 | 11 hr 10 min |
| WALL ROUGH | 25MM END MILL | 477 | 8.59 | 30 min |
| POCKET FINISH | .625 BULL MILL | 794 | 15 | 4 hr 45 min |
| WALL FINISH | .625 BULL MILL | 794 | 15 | 32 min |
| TOP WALL | 25MM END MILL | 515 | 10.2 | 20 min |
| WALL DRAFT ROUGH | 25MM END MILL | 477 | 8.59 | 2 hr 54 min |
| WALL DRAFT FINISH | .500 BALL MILL | 763 | 9.2 | 2hr 15 min |
| DRILLED HOLES | #12 DRILL | 1200 | .004 IPR | 1 MIN |
| DRILLED HOLES | 1/4" DRILL | 1150 | .005 IPR | 30 SEC |
| DRILLED HOLES | #28 DRILL | 1500 | .003 IPR | 15 SEC |
|  |  |  |  | TOTAL= 27hr 5min |

3 OPERATIONS
Machine Dovetail
Mount and Machine Part
Vise part and Machine Dovetail off

***All times are based off of manufacturer recommendation for machining of Inconel. Similar to Beta Annealed Titanium

## Attachment A

"This is only time estimate"
"The actual machining time may differ from this time study."

TK-US-14-10-11712-1  Milling Precision Tool Corporation - Time Estimate
V53212940

| TOOL | TOOL | RPM | IPM | 1 (PM AT 20 TML) |
|---|---|---|---|---|
| PROFILE DRAFT ROUGH | 1" END MILL | 477 | 11.4 | 4 HR 30 MIN |
| PROFILE DRAFT FINISH | 1" END MILL | 763 | 9.2 | 4 ml |
| PROFILE ROUGH | 500 BALL MILL | 427 | 17.6 | 1 HR 15 MIN |
| POCKET ROUGH | 1" END MILL | 477 | 16.6 | 2 HR 20 MIN |
| WALL ROUGH | 1" END MILL | 477 | 78.4 | 45 Min |
| POCKET FINISH | 625 4 FLL MILL | 784 | 13.5 | 1 HR 42 MIN |
| WALL FINISH | 625 BALL MILL | 784 | 13.4 | 1 HR 10 MIN |
| PROFILE FINISH | 1" END MILL | 525 | 8 | 4 MIN 30 SEC |
| TOP WALL FINISH | 625 BALL MILL | 784 | 12.5 | 10 MIN |
| DRILLED HOLES | #10 DRILL | 1507 | 201 IPS | 80 SEC |
| DRILLED HOLES | 9/32" DRILL | 900 | 0.005 IPR | 15 SEC |

TOTAL= 16Hrs 12min

3 OPERATORS
Machine Chucked
Mount and Machine P pc
Vee and Machine Dovetail off

All times are based off of manufacturer recommendation for machining of Inconel. Similar to Beta Annealed Titanium