

*PURCHASE ORDER*

# MILLING PRECISION TOOL

## AIRCRAFT MACHINED PARTS & SMALL SUBASSEMBLIES

**316-265-0973**
**FAX 316-265-6523**

*P.O. BOX 3490 • WICHITA, KS 67201-3490*
*LOCATED AT: 4225 W 31ST ST. SOUTH • WICHITA, KS 67215-1003*

ACCEPTANCE OF THIS ORDER SHALL CONSTITUTE ACCEPTANCE
OF THE TERMS AND CONDITIONS ON THE FACE AND BACK HEREOF.

## PO Number:   67711

| Vendor: | Ship To: |
|---|---|
| DMG MORI<br>3450 N Rodk Rd Bldg 500 Ste 505<br>Wichita KS 67226 | Milling Precision Tool Corporation<br>4225 W. 31st S. South<br>Wichita, KS  67215 |
| **Phone:** 847-593-5400          **Fax:** | |

| Ship Via:P.O.E. | Order Date:2/4/2015 | Terms:As Agreed<br>Resale No:004-204750873 |
|---|---|---|

| Line | Order Qty. | Part Number/Rev/Description | Unit Price | Ext Price | Tax |
|---|---|---|---|---|---|
| 1 | 1.00 EA | DMG Mori Seiki NHX5500<br>See attached detail | 525,433.22 | 525,433.22 | No |

**- Shipping Release Requirement -**

| Due Date | Quantity |
|---|---|
| 6/5/2015 | 1.00  EA |

*NOT SUBJECT TO USE OR SALES TAX.*

*REFERENCE DETAILED QUOTE #14-10685-001-001 DATED 1-14-15 (SEE ATTACHED) FOR
MODEL AND RELATED OPTIONS.*

*AS PER MORI LETTER DATED 1-14-15 ENGINEERING SUPPORT WILL BE ONSITE TO SUPPORT
INSTALL AND RAMPUP TO TARGET CYCLE AS PER "ATTACHMENT A".*

*TERMS:  10% WITH PO
        40% UPON MPTC ACCEPTANCE
        50% UPON DEMONSTRATED CYCLE PER ATTACHED LETTER FROM MORI
        DATED 1-14-15.*

**EXHIBIT**
**B**

**Authorized By:** *Mike Craig, President*

| Line(s) Subtotal: | 525,433.22 |
|---|---|
| Misc. Charge Subtotal: | 0.00 |
| Total: | 525,433.22 |

2/4/2015    2:45 53PM

# DMG MORI

DMG MORI USA Sales (Wichita)
U.S.A./ Wichita DMG MORI USA Sales
3450 N. Rock Road, Bldg. #500, Suite 505,
Wichita, KS 67226
Main: 316 425-7993
Fax :

info@dmgmoriseikiusa.com

Date: 1/14/15

Milling Precision Tool Corporation

Regarding: Quote No. **14-10685-001-001**

Dear Mr. Mike Craig

DMG MORI USA Sales (Wichita), is pleased to submit the attached proposal on one new:

### *DMG/Mori Seiki/NHX5500*

This quotation includes a detailed description and pricing for the base
machine and selected options and accessories. Information on other
features is available at your request.

**Payment Terms Apply as Follows:**
**10% Down Payment and Net Due upon Acceptance from Milling Precision Tool**
**Corporation**

General Terms and conditions apply as mentioned in attachment.

The prices shown are in accordance with our current price list
and are firm for 30 days from date of this quotation.

### Offer is Valid for 30 Days

| | |
|---|---|
| **Shipping:** | **P.O.E.**  MAy |
| **Delivery:** | **Week of April 27, 2015 – If Ordered by January 22, 2015** |
| **Warranty:** | **Machine: 2 Years Parts & 1 Year Labor.** |
| | **Control: 2 Years Parts & Labor.** |
| **Training:** | **Operator Training included in Purchase Price.** |
| **Rigging:** | **Not Included.** |

We look forward to reviewing this proposal in detail with you at your convenience.
Thank you for the opportunity to propose DMG MORI USA Sales (Wichita)!
If you have any questions on this proposal, please do not hesitate to call us.
DMG MORI USA Sales (Wichita)

David Lee



EXHIBIT

A

**DMG MORI**

DMG MORI
www.dmgmori.com

# Quotation

### NHX5500



Highlights

- Designed specifically for a No.50 taper spindle
- DDM (Direct Drive Motor) on the B-axis (option)
- Rapid traverse rate (X/Y/Z): 60 m/min
- Direct scale feedback as standard
- High-rigidity bed with three-point support
- High-rigidity spindle with a large-diameter bearing
- Ring type magazine (60 tools) offers high-speed indexing
- 50% reduction in total power consumption during standby mode

**DMG MORI**                         Quotation                         14-10685-001-002
Page 2 of 18

## Investment summary

| | | | | |
|---|---|---|---|---|
| | **Basic Machine** | | | |
| J-A00546 | NHX5500_M730BM | 1 | 312,000.00 | USD |
| | **Control** | | | |
| J-003711 | Control M730BM | 1 | 0.00 | USD |
| | **Option Package** | | | |
| J-002527 | (For USA) Bsic Package <J-002527>, consisting of: | 1 | 6,000.00 | USD |
| J-000855 | Signal tower 3 layers (Red, yellow, green) LED type (front upper side) | 1 | | USD |
| J-008199 | Part program storage length 1 MB (2,560 m) in total + Registerable programs 1,000 in total | 1 | | USD |
| J-009154 | Additional workpiece coordinate systems 48 sets | 1 | | USD |
| J-009148 | Custom macro common variables 600 in total (#100-#199, #500-#999) | 1 | | USD |
| J-009149 | Coordinate system rotation | 1 | | USD |
| | **Spindle** | | | |
| J-G02428 | Grip CAT (7/24 Taper #50) | 1 | 730.00 | USD |
| J-G02553 | High-torque spindle 30/ 25 kW, 8,000 min-1  (including 7/24 Taper #50 (two-face contact specifications)) | 1 | 18,000.00 | USD |
| | **Table** | | | |
| J-002065 | Full 4th axis rotary table | 1 | 24,000.00 | USD |
| J-002093 | Max. pallet loading capacity 700 kg for 2-st APC | 1 | 2,200.00 | USD |
| | **Magazine** | | | |
| J-G02543 | Tool storage capacity 180 tools (7/24 Taper #50, rack type) | 1 | 96,000.00 | USD |
| | **Coolant** | | | |
| J-G02437 | Through-spindle coolant system I/F (center through, 7.0 MPa) (KNOLL) | 1 | 6,600.00 | USD |
| | **Chip disposal** | | | |
| J-003988 | Scraper type chip conveyor (Stainless steel drum filter) (Water soluble coolant) | 1 | 2,900.00 | USD |
| | **Measurement** | | | |
| J-002529 | Sensor package A <J-002529>, consisting of: | 1 | 14,500.00 | USD |
| J-001957 | In-machine measuring system (table) touch sensor (METROL) + tool setter function (tool length only) | 1 | | USD |
| J-001953 | In-machine measuring system (spindle) optical type touch sensor (RENISHAW, OMP60) + workpiece setter function | 1 | | USD |
| J-G02552 | Tool breakage detection system (magazine) | 1 | 9,600.00 | USD |
| | **Improved accuracy** | | | |
| J-G02535 | Oil cooler specification (spindle cooling) | 1 | 5,700.00 | USD |
| | **Pallet Pool** | | | |
| J-001781 | (For Overseas) NHX5500 5-RPP | 1 | 101,000.00 | USD |
| | **Other (Machine Option)** | | | |
| J-004947 | Dry anchor | 1 | 0.00 | USD |

NHX5500 / Price status: 17/01/2015

* further description see attachment

**DMG MORI**                              Quotation                              14-10685-001-002
                                                                                 Page 3 of 18

| | | | | |
|---|---|---|---|---|
| | **NC Option** | | | |
| J-G00884 | Workpiece position compensation for rotary axis | 1 | 400.00 | USD |
| | **Software Option** | | | |
| J-004064 | DMG MORI Messenger (3 month evaluation) | 1 | 0.00 | USD |
| J-001871 | Manufacturing Suite Full Package Six Month License | 1 | 0.00 | USD |
| | **Special constructions** | | | |
| SK001 | DMSQP-Chipblater EV-60 Requires Separate Power Drop | 1 | 22,700.00 | USD |
| | **Price machine and options** | | **622,330.00** | **USD** |
| | **Training** | | | |
| J-001885 | Complimentary Online Programming/Operation Courses | 1 | 0.00 | USD |
| | **Price services** | | **0.00** | **USD** |
| | **Price machine and options** | | **622,330.00** | **USD** |
| | **Discount machine and options** | | **-96,896.78** | **USD** |
| | **Price services** | | **0.00** | **USD** |
| **Total price** | | | **525,433.22** | **USD** |
| | **Alternative options** | | | |
| J-002088 | Additional tapped pallet (1 pallet) | 1 | 3,900.00 | USD |
| J-002089 | Additional T-slot pallet (1 pallet) | 1 | 5,300.00 | USD |
| J-001361 | Mist collector I/F (duct 200mm + electric parts only) (HVS-220) | 1 | 2,100.00 | USD |
| J-008200 | Part program storage length 2 MB (5,120 m) in total + Registerable programs 1,000 in total | 1 | 2,700.00 | USD |

NHX5500 / Price status: 17/01/2015

* further description see attachment

January 14, 2015

Mr. Mike Craig,
Milling Precision Tool Corporation
4225 W. 31st Street South
Wichita, KS 67215

RE: NHX5500 Time Study on Beta Annealed Titanium

Dear Mike,

After cutting the above mentioned material at our show room facility in Hoffman Estates, IL,
DMG Mori USA has determined that the proposed DMG MORI NHX 5500 can meet the cycle
times set forth in the V53322920 R2 and  V53322940R2 Time Studies which were supplied to
MPTC on December 19, 2014.  DMG Mori is guaranteeing the machine performance only,
however, DMG MORI will be supplying (at no additional charge) two weeks of **On Site
Engineering Services** to optimize MPTC's procedures, programming, cutting tool technology
and fixture technology. If the cycle times for the V53322920 R2 and V53322940R2 have not
been met and stabilized after the two weeks of Engineering Services DMG Mori will continue to
work toward meeting the stated cycle times for an additional two weeks or until that goal is
achieved.

**DMG Mori USA will guarantee the pricing offered on Quotation Number 14-10685-001-001 for
one year from date of purchase should MPTC be required to add an additional machine due to
increased volumes from their customer(s).**

Thank you very much for the opportunity to work with you on this project and allow DMG Mori
the chance to become a strategic partner with Milling Precision Tool Corporation.

Best Regards,

David Lee
Area Sales Manager
DMG Mori USA

Attachment A

**NHX5500**
*Spindle 30/32 KW
High Pressure coolant
*This is only time estimate*
*The actual machining time may differ from this time study.*

TK-US-14-10-117112-1 - Milling Precision Tool Corporation - Time Estimate

V53332292D

| | TOOL | RPM | IPM | ESTIMATED TIME |
|---|---|---|---|---|
| PROFILE ROUGH | 25MM END MILL | 477 | 8.59 | 4 hr 37 min |
| POCKET ROUGH | 25MM END MILL | 477 | 8.59 | 11 hr 18 min |
| WALL ROUGH | 25MM END MILL | 477 | 8.59 | 30 min |
| POCKET FINISH | .625 BULL MILL | 794 | 15 | 4 hr 45 mm |
| WALL FINISH | .625 BULL MILL | 794 | 15 | 32 min |
| TOP WALL | 25MM END MILL | 515 | 10.2 | 20 min |
| WALL DRAFT ROUGH | 25MM END MILL | 477 | 8.59 | 2 hr 54 min |
| WALL DRAFT FINISH | .500 BALL MILL | 763 | 9.2 | 2hr 15 mn |
| DRILLED HOLES | #12 DRILL | 1200 | .004 IPM | 1 MIN |
| DRILLED HOLES | 1/4" DRILL | 3150 | .005 IPR | 30 SEC |
| DRILLED HOLES | #28 DRILL | 3500 | .003 IPR | 15 SEC |

TOTAL= 27 Hr 5 min

3 OPERATIONS
Machine Dovetail
Mount and Machine Part
Visa part and Machine Dovetail off

***All times are based off of manufacturer recommendation for machining of Inconel. Similar to Beta Annealed Titanium



