JUL/24/2015/FRI 03:51 PM                                                                 P. 001

Date :          2015/05/12

## Machine packing list for          NHX 5500

| Model   | : | NHX 5500    |
|---------|---|-------------|
| Control | : | M730UM      |
| S/No.   | : | NHX56150507 |
| PO No.  | : | R22230      |

| < Option > | Qty. | Factory. | Cust. | Shipdate. |
|---|---|---|---|---|
| - Japan product | 1 | < O > | < > | |
| - Sales area U.S.A. | 1 | < O > | < > | |
| - NC System M730BM / M730UM | 1 | < O > | < > | |
| - Voltage 220 V | 1 | < O > | < > | |
| - Frequency 60 Hz | 1 | < O > | < > | |
| - Setting Unit Inch | 1 | < O > | < > | |
| - UL Label | 1 | < O > | < > | |
| - Destination U.S.A. | 1 | < O > | < > | |
| - Control M730UM with CELOS | 1 | < O > | < > | |
| - CELOS - ERGOline Touch | 1 | < O > | < > | |
| - 7/24 Taper #50 (Two-face contact specifications) | 1 | < O > | < > | |
| - Grip CAT (7/24 Taper #50) | 1 | < O > | < > | |
| - Retention Knob: DMG MORI SEIKI 90 degrees (7/24 Taper #50 ) | 1 | < O > | < > | |
| - High-torque spindle 30/ 25 kW, 8,000 min-1 (including 7/24 Taper #50 (two-face contact specifications)) | 1 | < O > | < > | |
| - Full 4th axis rotary table | 1 | < O > | < > | |
| - Max. pallet loading capacity 700 kg for 2-st APC | 1 | < O > | < > | |
| - Tool storage capacity 180 tools (7/24 Taper #50, rack type) | 1 | < O > | < > | |
| - Through-spindle coolant system I/F (center-through, 7.0 MPa) (KNOLL) | 1 | < O > | < > | |
| - Sensor package A - J-002629 | 1 | < > | < > | |
| - In-machine measuring system (table) touch sensor (METROL) + tool setter function (tool length only) | 1 | < O > | < > | |
| - In-machine measuring system (spindle) optical type touch sensor (RENISHAW, OMP60) + workpiece setter function | 1 | < O > | < > | |
| - Tool breakage detection system (magazine) | 1 | < O > | < > | |
| - Oil cooler specification (spindle cooling) | 1 | < O > | < > | |
| - (For Overseas) NHX5500 5-RPP | 1 | < O > | < > | |
| - Design version "BLACK" | 1 | < O > | < > | |
| - Dry anchor | 1 | < O > | < > | |
| - Signal tower 4 layers (Red, yellow, green, blue) | 1 | < O > | < > | |
| - Additional workpiece coordinate systems 48 sets | 1 | < O > | < > | |

EXHIBIT
C

| | | | | |
|---|---|---|---|---|
| - Custom macro common variables 600 in total (#100-#199, #500-#999) | 1 | < ◯ > < | > | |
| - Workpiece position compensation for rotary axis | 1 | < ◯ > < | > | |
| - ~~DMG-MORI Messenger (3 month evaluation)~~ | 1 | < > < | > | |
| - ~~Manufacturing Suite Full Package Six Month License~~ | 1 | < > < | > | |
| - ~~DMSQP ChipBlaster EV-60 Requires Separate Power Drop~~ | 1 | < > < | > | |
| - ~~2 Weeks EG support from Chicago~~ | 1 | < > < | > | |
| - ~~DMSQP ChipBlaster EV-60 Installation Fee~~ | 1 | < > < | > | |
| - ~~Sales Commission USD 13,136 Sales Man Mr. David Lee~~ | 1 | < > < | > | |

Installation company: DMG Mori Sales

Installed by: Justin Howard : [Signature]     Date
              Print name           Signature

Customers name: Young Precision Tool [?]

Accepted by: Mike Daig : [Signature]     7-14-15
             Print name        Signature         Date